## STATEMENT OF FACTS

On March 5, 2025, at approximately 7:30 p.m., members of the Metropolitan Police Department's (MPD) Violent Crime Suppression Divisions Robbery Suppression Unit (RSU) were patrolling Southeast, Washington, D.C. in the Barry Farm neighborhood. Your affiant became aware of an arrest and reviewed body worn camera footage of an MPD officer who was on the scene, and a sworn statement by another MPD officer who arrested the defendant.

MPD officers were driving on the XXXXXXXXXXXXXXXXX, when an officer observed a silver Honda Crosstour parked within 10 feet of a fire hydrant. RSU conducted a traffic stop for the parking violation and made contact with the driver and sole occupant of the vehicle, later identified as Herman Sylvester WILLIAMS (DOB: XX/XX/XXXX). While making contact with WILLIAMS, officers observed a black and brown in color firearm in plain view on the front passenger seat. Officers asked WILLIAMS to step out of the vehicle and placed him under arrest for Carrying a Pistol Without a License. During the arrest, WILLIAMS spontaneously stated that he did not have a firearm in the vehicle.



*Figure 1: Screen shot from the BWC footage of one of the officers on scene depicting the firearm where it was located in the front passenger seat of the vehicle*

The officer asked WILLIAMS to step out of the vehicle and then gave the code word for the presence of a firearm. WILLIAMS was placed in handcuffs. Officers then recovered a black and brown handgun with an extended high-capacity magazine from the front passenger seat of the

vehicle. A WALES/NCIC check was performed on the Georgia temporary tag that was on the vehicle, which revealed that the tag was expired (expiration date of 12/07/2024) and that the vehicle was registered to WILLIAMS.



*Figure 2: BWC footage depicting the full frame of the firearm*

After placing WILLIAMS under arrest for the firearm, during a search incident to arrest of the vehicle, a jar containing a wax-like substance that tested positive for the presence of THC was recovered from the vehicle. During a search incident to arrest of WILLIAMS's person, RSU recovered a bag from WILLIAMS's jacket that contained 24 white pills stamped "RP10325", which is known to your affiant to be Oxycodone Hydrochloride, and 1 blue pill stamped "M30", which is known to your affiant to be Oxycodone Hydrochloride. $22 of U.S. currency was also recovered from WILLIAMS.



*Figure 3: Photograph of pills and THC product seized from WILLIAMS*

The recovered firearm is a Polymer 80, 9mm, semi-automatic, Privately Manufactured Firearm (PMF), bearing serial number SA26419. The firearm was loaded with 1 round in the chamber and 10 additional rounds in 31 round capacity magazines. The firearm appears to be fully functional, designed to expel a projectile by the action of an explosive, has a barrel length of less than twelve inches, and appears capable of being fired by use of a single hand. Your affiant knows that there are no firearms or ammunition manufacturers in the District of Columbia. Although the firearm appears to be a PMF, you affiant knows that the ammunition in this case had to travel in interstate or foreign commerce to arrive in Washington D.C.

A criminal records check revealed that on March 22, 2011, WILLIAMS pled guilty in the United States District Court for the District of Columbia to one count of Conspiracy to Participate in a Racketeering Influenced Corrupt Organization and one count of Assault with a Deadly Weapon (Case No. 10-cr-51-012 (RMC)). In that case, on July 14, 2011, the court sentenced WILLIAMS to 144 months imprisonment. After his release, WILLIAMS was arrested by U.S. Park Police on May 31, 2019 for Carrying a Pistol Without a License. This arrest occurred while WILLIAMS was on supervised probation, resulting in WILLIAMS being sentenced to serve an additional 37 months for violating his probation. Accordingly, at the time WILLIAMS was arrested with the firearm and ammunition in this instant matter, he would have known that he had previously been convicted of an offense punishable by a term of imprisonment of more than one year because he had served more than one year imprisonment for case 10-cr-51-012 (RMC).

Based on the foregoing, I submit that there is probable cause to believe that WILLIAMS violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess ammunition that has been shipped or transported in interstate or foreign commerce.

_____
SPECIAL AGENT DANIEL BEDARD
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this sixth day of March, 2025.*

_____
HONORABLE MOXILA A UPADHYAYA
UNITED STATES MAGISTRATE JUDGE